UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|         Plaintiff, ) | SA 07-237M |
| ) | |
|   v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| ROBERTO URIOSTEGUI-PADILLA, ) | |
| ) | |
|         Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( X) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X)   serious risk defendant will flee;

    2. ( )   serious risk defendant will

        a. ( )   obstruct or attempt to obstruct justice;

        b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                            II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A.  ( X )   appearance of defendant as required; and/or

4     B.  ( ) safety of any person or the community;

5                                            III.

6     The Court has considered:

7     A.  ( x) the nature and circumstances of the offense;

8     B.  (x) the weight of evidence against the defendant;

9     C.  (x) the history and characteristics of the defendant;

10    D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                           IV.

12    The Court concludes:

13    A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15    B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16             **Defendant is undocumented.  He has no ties to the community and no bail**

17             **resources.**

18

19    C.  ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt  to  obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23    D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24             provided in 18 U.S.C. § 3142 (e).

25    ///

26    ///

27    ///

28    ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                    - 2 -                                Page 2 of 3

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: August 16, 2007

_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**